[No. 20903–5–I.  Division One.  June 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST H. ZIEGLER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00724–0, John E. Rutter, Jr., J., entered July 31, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Grosse, JJ.

[No. 20893–4–I.  Division One.  June 12, 1989.]

RICK T. AUSTIN, ET AL, *Appellants,* v. MATTHEW D. GRIFFIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 86–2–00396–1, Howard A. Patrick, J., entered June 12, 1987. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.

[No. 11946–3–II.  Division Two.  June 12, 1989.]

NANCY G. JOHNSON, *as Guardian,* ET AL, *Appellants,* v. THE CITY OF CARBONADO, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–05850–3, Thomas R. Sauriol, J., entered April 15, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.